**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CALVIN JAMES,**

    Plaintiff,

v.                                                       Case No: 5:21-cv-319-WFJ-PRL

**FCC COLEMAN- USP I**

    Defendants.

_____

**ORDER**

Plaintiff initiated this action on June 14, 2021 by filing a *pro se* Civil Rights Complaint (Doc. 1). As of the date of this Order, Plaintiff has not filed a motion to proceed *in forma pauperis*, paid the filing fee, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    This case is **DISMISSED** without prejudice.

2.    The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on August 4, 2021.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: Pro Se Party